CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES PRESS, INC., a California corporation, | ) CASE NO.  CV 15-2562-R |
| | ) |
| | ) JUDGMENT OF DISMISSAL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PATRICK ROBINSON, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

On June 23, 2015, this Court granted the Motion to Dismiss under Federal Rules of Civil Procedure, Rule 12(b)(6) filed by Defendants Patrick Robinson, Truth Seekers, Inc., and Doc's Dream, LLC.

**NOW, THEREFORE, IT IS ADJUDGED AND DECREED THAT** the Complaint is dismissed.  Judgement is hereby entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: January 12, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE