# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-02562-R-PLA | Date | 10-03-2019 |
|---|---|---|---|
| Title | *Dolores Press, Inc. v. Patrick Robinson, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Christine Chung | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order re: Defendants' Motion for Clarification of Order Consolidating Cases (DE 74)**

On August 13, 2019, this Court ordered consolidation of the following cases: 2:15-cv-02562-R-PLA, 2:15-cv-02857-R-PLA, 5:16-cv-00333-R-PLA, 2:16-cv-01275-R-PLA, 5:18-cv-02219-R-PLA, 2:18-cv-09077-R-PLA. (DE 73). The Court has not imposed a deadline for Defendants to respond to the operative complaints. Accordingly, Defendants filed the present Motion for Clarification of Order Consolidating Cases, in which Defendants request clarification regarding the deadline to respond to the complaints, and additionally request that they be permitted to seek partial dismissal of the complaints or that Plaintiffs be required to amend the complaints based on, among other things, the recent decision of the Supreme Court in *Fourth Estate Pub. Ben. Corp. v. Wall-Street.com, LLC*, 139 S. Ct. 881 (2019).

In *Fourth Estate*, the Court held that "registration occurs, and a copyright claimant may commence an infringement suit, when the Copyright Office registers a copyright." *Id.* at 886-87. In each of the four operative complaints and/or subsequent filings, Plaintiffs refer to "pending copyright registration applications." Under *Fourth Estate*, Plaintiffs do not have standing at this time to assert copyright infringement claims for works where the applications remain pending. Thus, amendment of the complaints is proper prior to Defendants providing responsive pleadings. Contrary to Defendants' suggestion, however, *Fourth Estate* does not require that Plaintiffs' complaints must be accompanied by valid certificates of registration in order to meet the pleading requirements of *Tombly* and *Iqbal*. Therefore, the Court denies Defendants' requests to dismiss or amend the complaints on that basis and all other bases which were raised in prior motions to dismiss or which could have been previously raised prior to the Ninth Circuit's order remanding the cases to this Court.
/ / /
/ / /
/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-02562-R-PLA | Date | 10-03-2019 |
|---|---|---|---|
| Title | *Dolores Press, Inc. v. Patrick Robinson, et al.* | | |

   For the foregoing reasons, the Court **GRANTS IN PART AND DENIES IN PART** Defendants' Motion for Clarification of Order Consolidating Cases. (DE 74). Plaintiffs shall file amended complaints complying with the Supreme Court's holding in *Fourth Estate Pub. Ben. Corp. v. Wall-Street.com, LLC*, 139 S. Ct. 881 (2019), or alternatively shall dismiss their complaints, no later than October 11, 2019. Defendants shall file Answers or other responsive pleadings to the amended complaints no later than October 25, 2019. Defendants' Motion is otherwise **DENIED**.

   **IT IS SO ORDERED.**

Initials of Deputy Clerk   CCH