THE LEICHTER FIRM, APC
Kevin J. Leichter, Esq. (SBN 154143)
Andrew E. Hewitt, Esq. (SBN 314504)
10203 Santa Monica Boulevard
Fourth Floor
Los Angeles, California 90067
Tel: 310.229.0000
Email: kleichter@theleichterfirm.com
Email: ahewitt@theleichterfirm.com

Mark S. Lee, Esq. (SBN 094103)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (310) 361-5776
Email: mark.lee@rimonlaw.com

Attorneys for Plaintiff
Melissa Scott

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA SCOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY TODD, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. 2:15-cv-02562-R-PLA**<br><br>**[Consolidated with Case Nos. 2:15-cv-02857-R-PLA, 2:16-cv-01275-R-PLA, 5:16-cv-00333-R-PLA, 5:18-cv-02219-R-PLA, and 2:18-cv-09077-R-PLA]**<br><br>**AMENDED JUDGMENT**<br><br>Complaint Filed: October 22, 2018 |

This cause came on for hearing on Plaintiff Melissa Scott's ("Pastor Scott's") motion for reconsideration and to alter or amend the default judgment herein pursuant to Local Rule 7-18 and Fed. R. Civ. Proc. 59(e). The Court having reviewed the moving papers and being fully advised in the premises, Pastor Scott's motion is granted, and the default judgment entered on August 30, 2019 is amended to add the following permanent injunction:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. Defendant Anthony Todd, and all those acting under his direction or control or in active concert or participation with him and having notice hereof, are hereby permanently enjoined and restrained from:

   a. Using the Internet or any other online media distribution system to make any of the audio and audiovisual works of authorship of Dr. Gene Scott that are fixed in a tangible medium of expression (hereinafter, "DR. SCOTT'S WORKS") available to the public without first obtaining an express written license from Plaintiff Pastor Melissa Scott.

   b. Using the Internet or any other online media distribution system to make any of DR. SCOTT'S WORKS available to any other person or entity without first obtaining an express written license from Plaintiff Pastor Melissa Scott.

   c. Releasing, reproducing, posting, publishing, performing, creating derivative works of, or in any other manner making available to any person, entity, or other member of the public any of DR. SCOTT'S WORKS without first obtaining an express and lawful written license from Plaintiff Pastor Melissa Scott.

   d. Infringing any of Plaintiff Pastor Melissa Scott's copyrights or other rights in the written, audio, audiovisual, or other works of Dr. Gene Scott in any other manner not specified above.

  e. Conspiring with or assisting anyone else to engage in any of the above activities.

2. Todd shall destroy all copies of DR.SCOTT'S WORKS that Todd has downloaded onto any computer hard drive or server without Pastor Scotts Authorization, and shall destroy all copies of those downloaded works transferred onto any physical medium or device in Todd's possession, custody, or control.

Dated: November 8, 2019

By: *Gary Klausner*
The Honorable R. Gary Klausner