Kevin J. Leichter, Esq. (SBN 154143)
Andrew E. Hewitt, Esq. (SBN 314504)
THE LEICHTER FIRM, APC
10203 Santa Monica Boulevard
Fourth Floor
Los Angeles, California 90067
Tel: 310.229.0000
Email: kleichter@theleichterfirm.com
Email: ahewitt@theleichterfirm.com

Mark S. Lee, Esq. (SBN 094103)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone/fax: (310) 361-5776
Email: mark.lee@rimonlaw.com

Attorneys for Plaintiffs
DOLORES PRESS, INC. and MELISSA SCOTT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES PRESS, INC., a California corporation; MELISSA SCOTT, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ROBINSON, an individual; TRUTH SEEKERS, INC., a Georgia Corporation; DOC'S DREAM, LLC, a Georgia Limited Liability Company; and DOES 1 through 10;<br><br>Defendants.<br><br>AND CONSOLIDATED CASES AND RELATED COUNTERCLAIMS. | **CASE NO. 2:15-cv-02562-PA-PLA (Lead Case)**<br><br>**[Consolidated with Case Nos. 2:15-cv-02857-R-PLA, 2:16-cv-01275-R-PLA, 5:16-cv-00333-R-PLA, 5:18-cv-02219-R-PLA, and 2:18-cv-09077-R-PLA]**<br><br>(Hon. Percy Anderson, Ctrm. 9A)<br><br>**PLAINTIFFS' REQUEST FOR DECISION ON ATTORNEYS' FEES MOTION AFTER ORDER OF REMAND**<br><br>Complaint Filed: April 7, 2015 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Dolores Press, Inc. and Melissa Scott (collectively referred to herein as the "Movants") respectfully request that the Court render a decision on their Motion for Attorneys' Fees (Doc. No. 137)[1] in this action following an order of reversal and remand from the Ninth Circuit Court of Appeals. As the Ninth Circuit found on appeal, Movant's request for fees was improvidently denied; and following reversal Movants ask the Court today to consider the fully briefed matter and render the requested award of attorneys' fees posthaste. Movants' request is based on the following record facts:

On April 17, 2015, Doc's Dream, LLC's[2] ("Doc's Dream") commenced this declaratory relief action, styled *Doc's Dream, LLC v. Dolores Press, Inc. et al.*, Case No. 2:15-cv-02857 (the "Doc's Dream Action"). (Doc. No. 1).

On January 8, 2018, after the close of discovery, Movants moved for summary judgment as to all claims stated in Doc's Dream's First Amended Complaint for declaratory relief of copyright abandonment. (Doc. No. 76). On January 14, 2018, Doc's Dream cross-moved for summary judgment. (Doc. No. 82).

On March 1, 2018, the District Court granted Movants' motion for summary judgment and denied Doc's Dream's motion for summary judgment, finding that Dr. Gene Scott did not abandon his copyrights. (Doc. No. 132). On March 28, 2018,

---

[1] All docket references are made to the docket in consolidated civil action *Doc's Dream, LLC v. Dolores Press, Inc. et al.*, Case No. 2:15-cv-02857 and each corresponding document can be found there.

[2] As the Court is aware, as a result of the procedural history of this dispute in the trial and appellate courts, there are several related and consolidated actions pending in this Court. In all the present consolidated actions save this one, Doc's Dream is a party defendant. However, in the instant civil action, which sought only declaratory relief, Doc's Dream was the plaintiff and Movants were the defendants.

the District Court entered judgment in Movants' favor and against Doc's Dream. (Doc. No. 136).

On April 11, 2018, having prevailed for an action regarding copyright, Movants moved for their attorneys' fees and costs pursuant to 17 U.S.C. § 505. (Doc. No. 137).

On April 13, 2018, Doc's Dream filed its opposition to the motion for attorneys' fees.  (*See* Doc. No. 138).

On April 25, 2018, Movants filed their reply in support of their motion for attorneys' fees.  (Doc. No. 142).

On July 26, 2018, the Court denied the motion for attorneys' fees, erroneously finding that the Doc's Dream Action did not arise under the Copyright Act and, therefore, Movants were not entitled to recover their attorneys' fees.  (Doc. No. 146).  Movants timely appealed.  (Doc. No. 147).

On March 15, 2019, the Ninth Circuit affirmed the District Court's grant of summary judgment, holding that Dr. Scott did not abandon his copyrights.  (Doc. No. 150); *Doc's Dream, LLC v. Dolores Press, Inc.*, 766 F. App'x 467 (9th Cir. 2019).

On May 13, 2020, the Ninth Circuit, in a published opinion, reversed the District Court's denial of Movants' motion for attorneys' fees, finding that the Doc's Dream Action did arise under the Copyright Act and remanding the matter back to the District Court for a decision on the attorney fee motion.  (*See* Doc. No. 165).  That same day, the Ninth Circuit granted Movants' motion for appellate attorneys' fees incurred in connection with their defense of Doc's Dream's appeal from summary judgment and referred the matter to a special master to review the submitted fees.  (Doc. No. 166).

On May 26, 2020, the master's report was adopted in full and the Ninth Circuit awarded Movants their appellate attorneys' fees in the amount of $60,520.25.  (Doc. No. 167).

2
**PLAINTIFFS' REQUEST FOR DECISION ON ATTORNEYS' FEES MOTION AFTER REMAND**

On June 4, 2020, the mandate issued on the fee appeal, returning jurisdiction to the Court for a determination of the fee award. (Doc. No. 168).

In accordance with the Ninth Circuit's reversal of the District Court's denial of the attorneys' fees motion and its remand to this Court, Movants respectfully request that the Court render a decision on their attorneys' fees motion and issue the award they were improvidently denied. *See Doc's Dream, LLC v. Dolores Press, Inc.*, 959 F.3d 357, 363 (9th Cir. 2020). The motion has been fully briefed and stands ready for a final decision and award.

Dated: June 10, 2020

THE LEICHTER FIRM, APC
Kevin J. Leichter
Andrew E. Hewitt

RIMON, P.C.
Mark S. Lee


By: */s/ Kevin J. Leichter*

Attorneys for Plaintiff DOLORES PRESS, INC. and Plaintiff and Counterclaim Defendant MELISSA SCOTT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2020, I electronically filed the foregoing Plaintiffs' Request for Decision on Attorneys' Fees Motion After Remand using the CM/ECF system. All parties' counsel are registered CM/ECF users and will be served by the CM/ECF system.

Dated:    June 10, 2020

THE LEICHTER FIRM, APC
Kevin J. Leichter
Andrew E. Hewitt

RIMON, P.C.
Mark S. Lee


By: */s/ Kevin J. Leichter*

Attorneys for Plaintiff DOLORES PRESS, INC. and Plaintiff and Counterclaim Defendant MELISSA SCOTT