UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2562 PA (PLAx) | Date | June 15, 2020 |
|---|---|---|---|
| Title | Dolores Press, Inc. v. Patrick Robinson, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | None | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **IN CHAMBERS - ORDER**

The Court has received plaintiffs Dolores Press, Inc. and Melissa Scott's ("Plaintiffs") Request for Decision on Attorneys' Fees Motion After Order of Remand. (Dkt. No. 152.) As an initial matter, the Court notes that there is no such thing as a "Request." There are no "Requests" contemplated by the Local Rules. Instead, Local Rule 6-1 states:

> Unless otherwise provided by rule or order of the Court, no oral motions will be recognized and every motion shall be presented by a written notice of motion. The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and shall be served on each of the parties electronically or, if excepted from electronic filing, either by deposit in the mail or by personal service. If mailed, the notice of motion shall be served not later than thirty-one (31) days before the Motion Day designated in the notice. If served personally , or electronically, the notice of motion shall be served not later than twenty-eight (28) days before the Motion Day designated in the notice.

In addition to the filing of a noticed motion in compliance with the applicable Local Rules, a party may seek relief through the filing of an Ex Parte Application pursuant to Local Rule 7-19 and the Court's orders. Plaintiffs' "Requests" do not comply with the requirements for Ex Parte Applications or noticed motions. Plaintiffs may not evade the requirements for noticed motions and Ex Parte Applications simply by labeling

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2562 PA (PLAx) | Date | June 15, 2020 |
|---|---|---|---|
| Title | Dolores Press, Inc. v. Patrick Robinson, et al. | | |

their filings as "Requests." Any future "Requests" filed by Plaintiffs will be summarily denied.

The Court understands that Plaintiffs may be entitled to attorney fees based on the Ninth Circuit's Opinion and Mandate issued in Doc's Dream, LLC v. Dolores Press, Inc., et al., 15-cv-02857. See Doc's Dream, LLC v. Dolores Press, Inc., 959 F.3d 357 (9th Cir. 2020).

The case in which the Ninth Circuit issued its Opinion and Mandate has been consolidated with several member and related cases, under Dolores Press, Inc. v. Patrick Robinson, et al., 15-cv-02562 ("Master Case") in which attorneys' fees may be at issue. In the interest of judicial efficiency, the Court will address attorney fees at the conclusion of the Master Case.

IT IS SO ORDERED.