UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-02562 PA (PLAx) | Date | August 12, 2020 |
|---|---|---|---|
| Title | Dolores Press, Inc. v. Patrick Robinson, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On June 8, 2020, Plaintiffs Dolores Press, Inc. and Melissa Scott ("Plaintiffs") filed a 32 page Opposition to Defendants' Motion for Summary Judgement in violation of Local Rule 11-6. (Dkt. No. 151.) On June 25, 2020 the Court ordered counsel for Plaintiffs to show cause, in writing, why the Court should not issue sanctions for counsel's continued failure to follow the local rules. (Dkt. No. 160.) On July 2, 2020, Kevin J. Leichter, counsel for Plaintiffs, filed a Response stating he was "personally responsible for the oversight of the filing process," and that the error resulted from Mr. Leichter's "decision . . . late in the drafting process to include additional arguments believed necessary for a full presentation of the arguments." (Dkt. No. 164.)

Considering Mr. Leichter's repeated failure to follow the Local Rules and this Court's orders, the Court issued a monetary sanction against Mr. Leichter. (Dkt. No. 166.) The court sanctioned Mr. Leichter $1,000.00 payable to the United States Treasury, or in the alternative a donation of $500.00 in books to a public elementary school located within a five mile radius of the 1st Street Courthouse. The Court ordered counsel to file a declaration signed under penalty of perjury attesting to his compliance with the Court's Order by no later than August 7, 2020. On August 7, 2020, Mr. Leichter submitted a declaration stating he completed the requisite donation of books to a local public school within a five mile radius of the 1st Street Courthouse. (Dkt. No. 178.)

For the reasons stated above, the Court hereby discharges its Order to Show cause, and finds that Mr. Leichter has complied with the Court's Order issuing sanctions. The Court warns the parties that the failure to comply with the Local Rules, Federal Rules of Civil Procedure, or this Court's orders moving forward will result in the imposition of additional monetary sanctions, evidentiary sanctions, or dismissal of the Complaint, and/or striking the Defendants' Answer.

IT IS SO ORDERED.