Steven C. Vondran, Esq. [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
steve@vondranlegal.com

Attorney for Defendants: BOBBI JONES (DEFAULTED), CHRISTINA PEREIDA (DISMISSED) AND MICHAEL EVANS (DISMISSED)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES PRESS, INC., a California corporation; MELISSA SCOTT, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ROBINSON, an individual; TRUTH SEEKERS, INC., a Georgia Corporation; DOC'S DREAM, LLC, a Georgia Limited Liability Company; and DOES 1 through 10;<br><br>Defendants.<br><br>AND RELATED CLAIMS AND COUNTERCLAIMS | <u>CASE NO. 2:15-cv-02562-PA-PLA</u> **(Lead Case)**<br><br>[Consolidated with Case Nos. 2:15-cv-02857-PA-PLA, 2:16-cv-01275-PA-PLA, 5:16-cv-00333-PA-PLA, 5:18-cv-02219-PA-PLA, and 2:18-cv-09077-PA-PLA]<br><br>**(Hon. Percy Anderson, Ctrm. 9A)**<br><br>**DECLARATION OF DEFENDANT'S COUNSEL IN RESPONSE TO COURT ORDER REGARDING MONETARY SANCTIONS [DOCKET #189]**<br><br>Complaint Filed: April 7, 2015<br>Trial Date:      October 20, 2020 |

### DECLARATION OF STEVEN C. VONDRAN

1. I, Steven C. Vondran, Esq. have personal knowledge of the following facts and if called to testify, I would, and could competently testify as follows:

2. I am the counsel of record for the above named Defendants in this matter.

3. I am a member of the bar (in good standing) with both the State of California and Arizona.

4. I have been practicing law since 2004 and have never been sanctioned before by any Court in approximately 300 litigation cases.

5. The Honorable Judge Percy has ordered sanctions of $1,500 be paid in regard to a pre-trial filing deadline that was missed by both Plaintiff and Defendant.

6. Admittedly, and accepting full responsibility, I failed to meet this deadline and tender my sincerest apologies to the Court and its staff and I will make sure this never happens again.

7. Pursuant to the Court's Order, I have donated **$2,500 in total** (in excess of the requirement) to the following two schools for purposes of purchasing books to help advance the education of their students, who are the future leaders of this Country. I am pleased to be able to contribute to their respective missions.

8. The schools are **(a)** *Soto Elementary School* and **(b)** *Belvedere Elementary School.*

9. Attached as **Exhibit "A"** is proof of the two checks we have sent to these two local schools, each within 5 miles radius of the above court, as ordered by the Court.

The foregoing is true and correct to the best of my knowledge under the laws of penalty of perjury of the United States of America.

Executed this 6th day of October, 2020 in Tiburon, California.

LAW OFFICES OF STEVEN. C. VONDRAN, P.C.

By: /s/ Steven C. Vondran
Steven C. Vondran, [SBN 232337]
steve@vondranlegal.com
Attorney for Defendants
*Bobbi Jones (defaulted), Michael Evans (dismissed), Tina Pereida (dismissed)*
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Phone: (877) 276-5084
Facsimile: (888) 551-2252

EXHIBIT "A"

Steven C. Vondran, Esq.
AZ Lic. #: 025911
CA Lic. #: 232337
steve@vondranlegal.com



Business | Real Estate
Intellectual Property | Software

-Est. 2004-

# THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

October 6, 2020

Soto Street Elementary School
1020 S. Soto Street
Los Angeles, California 90023
Attn: Principle Eric Medina

<u>VIA EMAIL AND OVERNIGHT MAIL</u>: [lxb8395@lausd.net]

    Re:  **DONATION OF $1,500 FOR NEEDED BOOKS FOR YOUR LIBRARY FROM THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.**

Dear Mr. Medina,

    Attached is a check in the amount of $1,500 from our law office to help provide your school with valuable resources that help promote local education. We are pleased to be able to donate and help out in this regard, and we know that there is no better place to invest than in our kids who will become our future leaders. Thank you for coordinating this, and please confirm receipt if you have a chance. I can be emailed directly at steve@vondranlegal.com and can be contact by phone at (877) 276-5084.

    Wishing Soto Elementary School all the best in 2020 and beyond!

                                      Very truly yours,

                                      Steven C. Vondran, Esq.

cc:  Mr. Medina [Soto]
Enclosure: $1,500 check donation

**Phoenix:** 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016 | **Beverly Hills:** 9701 Wilshire Blvd., Suite 1000, Beverly Hills CA 90212
**Newport Beach:** 620 Newport Ctr. Drive, Suite 1100, Newport Beach, CA 92660 | **San Diego:** 8880 Rio San Diego Drive, 8th Floor, San Diego, CA 92108
**San Francisco:** One Samsone Street, Suite 3500, San Francisco, CA 94104

www.VondranLegal.com   Phone: (877) 276-5084   Fax: (888) 551-2252

The Law Offices of 12-04
Steven C. Vondran, P.C.
2415 E. Camelback Rd. Suite 700
Phoenix, AZ 85016
(877) 276-5084

5327
91-521/1221

DATE 10/6/20

PAY TO THE ORDER OF Soto Street Elementary School     $ 1,500.00

One thousand five hundred dollars no/100     DOLLARS

Northern Trust
2398 E. Camelback Rd
Phoenix, Arizona 85016

FOR Library Books

Signature: /s/ Vondran

⑆005327⑆ ⑈122105210⑈ 3813090449⑈

Steven C. Vondran, Esq.
AZ Lic. #: 025911
CA Lic. #: 232337
steve@vondranlegal.com



Business | Real Estate
Intellectual Property | Software

-Est. 2004-

# THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

October 6, 2020

Belvedere Elementary School
1541 Wilshire Boulevard, Suite 200
Los Angeles, California 90017
Attn: Ms. Estephania Vazquez, MPA

VIA EMAIL AND OVERNIGHT MAIL: [evazquez@laep.org]

Re:  DONATION OF $1,000 FOR NEEDED BOOKS FROM THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

Dear Ms. Vazquez,

Attached is a check in the amount of $1,000 from our law office to help provide your school with valuable resources that help promote local education.  We are pleased to be able to donate and help out in this regard, and we know that there is no better place to invest than in our kids who will become our future leaders.  Thank you for coordinating this, and please confirm receipt if you have a chance.  I can be emailed directly at steve@vondranlegal.com and can be contact by phone at (877) 276-5084.

Wishing Belvedere Elementary all the best in 2020 and beyond!

Very truly yours,

Steven C. Vondran, Esq.

cc:  Ms. Vazquez [Belvedere]
Enclosure: $1,000 check donation

Phoenix: 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016 | Beverly Hills: 9701 Wilshire Blvd., Suite 1000, Beverly Hills CA 90212
Newport Beach: 620 Newport Ctr. Drive, Suite 1100, Newport Beach, CA 92660 | San Diego: 8880 Rio San Diego Drive, 8th Floor, San Diego, CA 92108
San Francisco: One Samsone Street, Suite 3500, San Francisco, CA 94104

www.VondranLegal.com   Phone: (877) 276-5084   Fax: (888) 551-2252

```
The Law Offices of 12-04                                              5328
Steven C. Vondran, P.C.                                            91-521/1221
2415 E. Camelback Rd. Suite 700
Phoenix, AZ 85016
(877) 276-5084                              DATE  10/6/20

PAY
TO THE    Belvedere Elementary School          $ 1,000
ORDER OF

One thousand dollars no/100
                                                        DOLLARS

        Northern Trust
        2398 E. Camelback Rd
        Phoenix, Arizona 85016
                                                  Lisa Vondran
FOR  Books

⑈005328⑈ ⑆122105210⑆ 3813090449⑈
```