1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES PRESS, INC., et al., | CV 15-02562 PA (PLAx) |
| Plaintiffs, | AMENDED JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| PATRICK ROBINSON, et al., | |
| Defendants. | |

17    Pursuant to the Court's August 29, 2019, January 30, 2020, and February 23, 2021

18 Minute Orders, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT

19    1.    Plaintiffs Dolores Press and Melissa Scott's ("Plaintiffs") claims against

20 defendants Michael Evans and Tina Pereida are dismissed without prejudice pursuant to the

21 Court's January 30, 2020 Minute Order;

22    2.    Plaintiffs shall have judgment in their favor as against defendant Anthony

23 Todd.  Defendant Anthony Todd shall pay to Plaintiffs $223,500 in statutory damages and

24 $8,070 in attorneys' fees pursuant to the Court's August 29, 2019 Order;

25    3.    Plaintiffs shall have judgment in their favor as against defendant Bobbi Jones.

26 Defendant Bobbi Jones shall pay to Plaintiffs $409,500 in statutory damages and $11,790 in

27 attorneys' fees pursuant to the Court's February 23, 2021 Minute Order;

28

4.     Plaintiffs shall have judgment in their favor as against defendants Patrick Robinson, Doc's Dream LLC, and Truth Seekers Inc.  Defendants Patrick Robinson, Doc's Dream LLC, and Truth Seekers Inc. shall pay to Plaintiffs $293,250 in statutory damages and $9,465 in attorneys' fees pursuant to the Court's February 23, 2021 Minute Order;

5.     Defendants Bobbi Jones, Patrick Robinson, Truth Seekers Inc., and Doc's Dream LLC are permanently enjoined from distributing, copying, reproducing, and/or creating any derivatives of any of Dr. Scott's copyrighted works.

6.     Plaintiffs are entitled to their costs of suit against defendants Anthony Todd, Bobbi Jones, Patrick Robinson, Doc's Dream LLC, and Truth Seekers Inc. pursuant to Federal Rule of Civil Procedure 54.

IT IS SO ORDERED.

DATED: April 6, 2021

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-